No. 10–8837.   IN RE GOODMAN.   Petition for writ of mandamus and/or prohibition denied.

No. 10–694.   JUDULANG v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir.   Certiorari granted.

No. 09–1121.   KENTUCKY BAPTIST HOMES FOR CHILDREN, INC., ET AL. v. PEDREIRA ET AL.; and
No. 09–1295.   PEDREIRA ET AL. v. KENTUCKY BAPTIST HOMES FOR CHILDREN, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 10–384.   WEISS v. YATES, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 10–557.   ABDEL-LATIF v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir.   Certiorari denied.

No. 10–629.   YOUN MUN HEE v. HOLDER, ATTORNEY GENERAL.   C. A. 11th Cir.   Certiorari denied.

No. 10–646.   HEIN ET AL. v. SULLIVAN, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 10–771.   VALENCIA-RIASCOS v. HOLDER, ATTORNEY GENERAL.   C. A. 9th Cir.   Certiorari denied.

No. 10–783.   RANGEL-PEREZ v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir.   Certiorari denied.

No. 10–801.   VALLE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ESPARZA, ET AL. v. CITY OF HOUSTON, TEXAS. C. A. 5th Cir.   Certiorari denied.